IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | |
|---|---|
| B&P GLASS AND MIRROR, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:22-0772 |
| FROST SHADES FRANCHSING, LLC, LEIBY GOLDBERGER, and CURT SWANSON, | ) Judge Trauger |
| Defendants. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

The parties, as evidenced by the signature of counsel below, have compromised and settled this matter.

Accordingly, it is hereby **ORDERED** that this action is dismissed in its entirety with prejudice.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

Respectfully submitted for entry:

*s/ Gregory H. Oakley*
Gregory H. Oakley, BPR #16237
Build Law PLC
4300 Sidco Drive, Suite 200
Nashville, TN 37204
Ph. 615-209-9814
Email: greg@build.law

s/ Keith Blair
L. Gino Marchetti, Jr., (BPR #5562)
Keith Blair (BPR#15366)
TPMB Law, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
Facsimile: (615) 320-3244
gmarchetti@tpmblaw.com

                                      *s/ Greg Oakley*
                                      Greg Oakley